**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| KIMBERLY NOBLE, | : No. 152 EAL 2015 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (WIMEX BEAUTY SUPPLY), | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.